# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DIANE ALLEN,** | } |
| Plaintiff, | } |
| v. | } Case No.: 1:20-cv-1251-ACA |
| **CHILDERSBURG ESTATES LP, et al.,** | } |
| Defendants. | } |

## ORDER

This case is before the court on Plaintiff's Notice of Voluntary Dismissal (doc. 3). Defendants have not filed an answer or motion for summary judgment. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the court **DISMISSES** this action as to all claims against all Defendants **WITH PREJUDICE**.

**DONE** and **ORDERED** this November 13, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE